UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 2-05CV-449-TJW<br>§<br>§ Jury<br>§<br>§<br>§ |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Intel Corporation ("Intel") and AmberWave Systems Corporation ("AmberWave") jointly move the Court to enter the attached Order of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support will show the Court as follows.

AmberWave has agreed to dismiss its claims against Intel without prejudice.

Intel and AmberWave have agreed to bear their own costs and attorneys' fees in connection with this action. In addition, Intel and AmberWave waive any and all rights to appeal the Order of Dismissal, attached to this motion.

Based on the foregoing, Intel and AmberWave respectfully move the Court to grant their Joint Motion to Dismiss this action without prejudice.

Dated: February 28, 2006

OF COUNSEL
Morgan Chu
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067-4276

Respectfully submitted,

By: /s/ S. Calvin Capshaw
　　S. Calvin Capshaw III
　　Texas Bar No. #03783900)
　　BROWN MCCARROLL LLP
　　1127 Judson Road, Suite 220
　　P.O. Box 3999
　　Longview, Texas  75601-5157
　　Phone:  (903) 236-9800
　　Facsimile:  (903) 236-8787
　　E-mail:  CCapshaw@mailbmc.com
　　Attorneys for Plaintiff AmberWave
　　Systems Corporation

1441632.

LON:156592.1
52736.1

- 2 -

| OF COUNSEL | By: | /s/ Michael E. Jones by permission S. Calvin Capshaw |
|---|---|---|

OF COUNSEL

George M. Newcombe
SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, California  94304

By: /s/ Michael E. Jones by permission S. Calvin Capshaw
Michael E. Jones
Texas Bar No. 10929400
POTTER MINTON, PC
100 North College
500 Plaza Tower
Tyler, Texas  75702
mikejones@potterminton.com
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Attorneys for Defendant Intel Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of February, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

1441632.

- 2 -

LON:156592.1
52736.1